*MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ALEXANDER JOHNSON, | ) CASE NO.: CV 12-600-GW(RZx) |
|---|---|
| *Plaintiff,* | ) **ORDER RE STIPULATION FOR DISMISSAL** |
| vs. | ) |
| CHAMPION DODGE, et al., | ) |
| *Defendants.* | ) |

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: May 31, 2012

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE

1